Revised 7/2018

FILED '23 AUG 7 AM 11:53
US BANKRUPTCY MIE-DET

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN

In re:  Elizabeth M Swope

Case No. 21-46239
Chapter 13

## APPLICATION FOR PAYMENT FROM UNCLAIMED FUNDS

The undersigned, Anisha Blodgett, applies to the Bankruptcy Court for the Eastern District of Michigan for entry of an order directing the Clerk of Court to remit to the applicant the sum of $ 8,733.42, said funds having been deposited into the Treasury of the United States pursuant to an order of the court as unclaimed fund for Elizabeth M Swope.

The applicant further states that:

1. (Indicate one of the following)

    ____ Applicant is the party requesting payment of the unclaimed fund named above and states that no other application for this unclaimed fund has been submitted by or at the request of the claimant.

    ____ Applicant is the duly authorized representative for the business or corporation named above as the claimant. Applicant has reviewed all records of the claimant and states that no other application for this claim has been submitted by or at the request of this claimant. An Affidavit of Claimant is attached and made part of this application.

    [✓] Applicant is either a family member of the deceased claimant or a successor in interest to the individual or business named as the claimant. An original "power of attorney" conforming to the official Bankruptcy Form and/or other supporting documents which indicated the applicant's entitlement to this claim is attached and made part of this application.

2. Applicant has made sufficient inquiry and has no knowledge that this claim has been previously paid, that any other application for this claim is currently pending before this court, or that any party other than the applicant is entitled to submit an application for this claim.

Application for Payment of Unclaimed Funds

Respectfully submitted this 3 day of August 20 23

Anisha Blodgett
_____
Name of Applicant

_____
Signature of Applicant

Anisha Blodgett
_____
Name and Title of Applicant

d.b.a Second Wind Fund Recovery
_____
Company Name

2045 India Street
_____
Street Address

San Diego, CA
_____
City and State

619-770-9340
_____
Telephone number

_____
Tax Identification

XXX-XX- 6878
_____
Last 4 digits of Social Security Number

N/A
_____
Claim Number, if applicable

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

In re: Elizabeth M Swope

Case No. 21-46239
Chapter 13

## ORDER FOR PAYMENT OF UNCLAIMED FUNDS

Upon application and in accordance with the provisions of 28 U.S.C. Section 2042, that following a review of the sufficiency of the Affidavit of Claimant information that the claimant is properly entitled to said funds, and that the U.S. Attorney for the Eastern District of Michigan was provided a copy of this application with a proof of service attached to the application,

**IT IS ORDERED** that the Clerk of the U.S. Bankruptcy Court remit to

Anisha Blodgett

the sum of eight thousand seven hundred thirty three dollars and forty two cents dollars ($ 8,733.42 )

of unclaimed funds held in the U.S. Treasury.

United States Bankruptcy Judge

Dated: _____